Culleton & Marinaccio, Esqs.
By: James J. Culleton, Esq.
560 Sylvan Avenue
Englewood Cliffs, NJ  07632
(201) 894-1447
Attorney for Defendant
  Joseph Schepisi

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
DOCKET NO.: 08-327 (SRC)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action |
| | Hon. Stanley R. Chesler, U.S.D.J. |
| v | |
| JOSEPH SCHEPISI, | CONSENT ORDER |
| Defendant. | |

THIS MATTER having been opened to the Court by James J. Culleton, Esq., attorney for the defendant, JOSEPH SCHEPISI in the above captioned matter, upon an application for an Order requiring Pretrial Services to return to JOSEPH SCHEPISI his passport which he previously surrendered pursuant to Court Order;

and it appearing to the Court that Bohdan Vitvitsky, Assistant United States Attorney, has consented to the application of the Defendant, and to the form and entry of the within Order;

NOW THEREFORE, it is on this 22 day of November, 2010

ORDERED, that Pretrial Services return to JOSEPH SCHEPISI his passport.

_____
Hon. Stanley R. Chesler, U.S.D.J.

Consented to and approved by:

_____
AUSA BOHDAN VITVITSKY

JJC\SCHEPISI\ConsentOrd11.16.10